## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeremy R. Johnson, | Case No. _____ |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| Encore Capital Group, Inc., and<br>Midland Credit Management, Inc., | |
| Defendants. | |

TO: THE CLERK OF UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA; AND PLAINTIFF ABOVE-NAMED.

### NOTICE OF REMOVAL TO FEDERAL COURT

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendants Encore Capital Group, Inc. and Midland Credit Management, Inc. (hereinafter "Removing Defendants"), by and through their attorneys, Dykema Gossett, PLLC, remove this action from Minnesota District Court, Fourth Judicial District, Hennepin County, to the United States District Court for the District of Minnesota.

In support of its Notice of Removal, Removing Defendants state as follows:

**I.   Removal Procedure**

1.   On September 10, 2015 and September 14, 2015, Plaintiff commenced this action by service against Removing Defendants in Hennepin County District Court.

2. The Summons and Complaint constitute all process, pleadings and orders received by Removing Defendants in this action, and are attached to this Notice of Removal as **Ex. A**.

3. Consistent with 28 U.S.C. § 1446(b)(1), this Notice of Removal is filed within thirty (30) days of Removing Defendants' receipt of the Summons and Complaint.

4. Plaintiff's claims may be removed from Minnesota District Court, Fourth Judicial District, Hennepin County, pursuant to 28 U.S.C. §§ 1331 and 1441 because the District of Minnesota is the District embracing the place where the action is pending and Plaintiff's Complaint asserts claims that arise under federal law.

5. A Notice of Filing Notice of Removal and a copy of this Notice of Removal to Federal Court have been filed in Minnesota District Court, Fourth Judicial District, Hennepin County, as required by 28 U.S.C. § 1446(d) and copies of the same have been served upon Plaintiff as verified by the attached proof of service.

## II. Plaintiff's Complaint Raises a Federal Question

6. This action is removable pursuant to 28 U.S.C. §§ 1331 and 1441 because a federal question arises on the face of the initial pleading served by Plaintiff.

7. The Complaint alleges, among other things, that Removing Defendants failed to comply with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et. seq., and the Telephone Consumer Protection Act, 47 U.S.C. § 227. The Court therefore has federal question jurisdiction over Plaintiff's claims which will require adjudication of disputed questions of federal law.

8. To the extent the Complaint alleges statutory or state common law claims, the Court has supplemental jurisdiction under 28 U.S.C. § 1367 because those claims arise out of the same operative facts as Plaintiff's federal claims and "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

9. If any question arises as to the propriety of the removal of this action, Removing Defendants request the opportunity to brief any disputed issues and to present oral argument in support of its position that this case is properly removable. By filing this Notice of Removal, Removing Defendants do not waive any defense which may be available to it.

WHEREFORE, Removing Defendants serve Notice that this action has been removed to the United States District Court for the District of Minnesota.

Respectfully Submitted,

Dated: October 5, 2015

**DYKEMA GOSSETT PLLC**

By:/s/Jared D. Kemper
    Jared D. Kemper (#0390427)
    4000 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN 55402
    (612) 486-1904 (phone)
    jkemper@dykema.com

*Attorneys for Defendants*